HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
JOEL ZARATE GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOEL ZARATE GONZALEZ, Defendant. | No. 1:20-cr-00105-DAD-BAM **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** DATE: September 28, 2020 TIME: 1:00 p.m. COURT: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for September 28, 2020 may be continued until October 26, 2020, at 1:00 p.m. before the Honorable Barbara A. McAuliffe. The United States has produced approximately 415 pages of discovery to defense counsel. Defense counsel has further investigation to perform.

//
//
//
//
//
//

1

Zarate Gonzalez – Stipulation to Continue

The parties agree that time under the Speedy Trial Act shall be excluded through October 26, 2020, in the interests of justice, including the need for effective defense preparation and investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties further agree that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  September 18, 2020

*/s/ Jaya C. Gupta*
JAYA C. GUPTA
Assistant Federal Defender
Counsel for Defendant Joel Zarate Gonzalez

Dated:  September 18, 2020

*/s/ Laura D. Withers*
LAURA D. WITHERS
Assistant United States Attorney
Counsel for Plaintiff
United States of America

Zarate Gonzalez – Stipulation to Continue

HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
JOEL ZARATE GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 1:20-cr-00105-DAD-BAM |
| Plaintiff, | ORDER |
| v. | |
| JOEL ZARATE GONZALEZ, Defendant. | |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for September 28, 2020 regarding is continued until **October 26, 2020, at 1:00 p.m., before Magistrate Judge Barbara A. McAuliffe.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **September 18, 2020**          /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE

Zarate Gonzalez – Stipulation to Continue

1